**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| John Keaton, | : |
| | : |
| | : Civil Action No.: 1:10-cv-01390-CCB |
| | : |
| Plaintiff, | : |
| v. | : |
| | : |
| Palisades Collections, LLC; and DOES 1-10, inclusive, | : |
| | : |
| | : |
| Defendant. | : |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY**
**DISMISSAL OF ACTION WITHOUT PREJUDICE**
**<u>PURSUANT TO RULE 41(a)</u>**

John Keaton ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: September 10, 2010

                                                Respectfully submitted,
                                                By_/s/ Forrest E. Mays_____
                                                Forrest E. Mays (Bar No. 07510)
                                                1783 Forest Drive, Suite 109
                                                Annapolis, MD  21401
                                                Telephone: (410) 267-6297
                                                Facsimile: (410) 267-6234
                                                Email: mayslaw@mac.com

                                                <u>Of Counsel To</u>
                                                LEMBERG & ASSOCIATES L.L.C.
                                                A Connecticut Law Firm
                                                1100 Summer Street, 3rd Floor
                                                Stamford, CT 06905
                                                Telephone: (203) 653-2250
                                                Facsimile:  (877) 795-3666
                                                ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 10, 2010, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of Maryland Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                          By  /s/ Forrest E. Mays

                                              Forrest E. Mays